# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                    Plaintiff,        Criminal No. 99-371 (02) (RHK)

v.                                   **ORDER FOR APPOINTMENT OF COUNSEL**

Corey Clinton Jeffrey,

                    Defendant.

---

The Court has determined that the Defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED** that counsel is appointed pursuant to 18 U.S.C. § 3006A.

Dated: July 27, 2007                              s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge